```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT            DOC #: _____
SOUTHERN DISTRICT OF NEW YORK           DATE FILED: 5-21-08
```

------------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY   :
LITIGATION
                                    :    MDL No. 1789
                                         1:06-md-1789 (JFK)
_____x
*This Document Relates to:*         :    <u>ORDER</u>
All actions                         :
------------------------------------x

JOHN F. KEENAN, United States District Judge:

      Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:   New York, New York
         May 21, 2008

                                  /s/ John F. Keenan
                                JOHN F. KEENAN
                            United States District Judge